UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS K. CAMPBELL et al., <br><br> Plaintiffs, <br><br> v. <br><br> ENTERGY NUCLEAR OPERATIONS, INC., <br><br> Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [proposed] ORDER** <br><br> Civil Action No. 05-CA-11951 JLT <br><br> *Electronically Filed* |

WHEREAS, the following Plaintiffs:

Abbott, Dwight L.
Auduong, Vinhtrung W.
Avery, Richard D.
Burke, Kevin R.
Campbell, Thomas K.
Coady, William A.
Cook, Steven E.
Cormier, Paul R.
Cunningham, John J.
Curcuru, Leonard Noel
Dicristofaro, Fred C.
Emmitt, Robert W.
Famulari Jr., Frank N.
Fountain, David W.
Garrow, Charles G.
Geracie, Robert W.
Gerry, Paula E.
Gierdowski, Michael S.
Ginnetty, Peter J.
Hallmark, Howell L.
Hickey, Christopher B.
Hunnefeld, Ralph E.
Julius, Cynthia K.
Kennedy, Kevin P.
Kiley, Richard S.

Ko, Yun Kee
Lenhart, Marie Teresa
Leonardi, David
Leonardi, Joel A.
Long, David G.
Loomis, Larry
McClellan, John J.
McCue, Richard W.
McMorrow, Colm G.
Miller, Ronn E.
Moraites, Peter James
Muse, Jr., Alexis M.
Norris, John C.
O'Donnell, Kevin T.
Pardee, Richard A.
Patykula, Paul T.
Perkins, Bruce
Piascik, John H.
Sayers, Francis X.
Sejkora, Kenneth J.
Smalley, Paul O.
Smith, Joseph A.
Sullivan, Richard J.
Trask, Michael M.

(hereafter "Plaintiffs") and Defendant Entergy Nuclear Operations, Inc. ("Defendant") have entered into a Settlement Agreement and General Release ("Agreement"), which includes a general release of each of the Plaintiff's claims in this Action as set forth therein;

NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties hereto, through their undersigned counsel, that all of the claims of all Plaintiffs are dismissed with prejudice, pursuant to the terms of the Agreement.

STIPULATED AND AGREED:

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Debra Morway (BBO 631339)
Christopher A. Parlo (Pro Hac Vice)
James J. Kelley II (Pro Hac Vice)

101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000

Counsel for Defendant Entergy Nuclear Operations, Inc.

GLADSTEIN, REIF & MEGINNISS, LLP

By: _____
James Reif (Pro Hac Vice)

817 Broadway, 6th Floor
New York, New York 10003
Telephone: (212) 228-7727

TUCKER, HEIFETZ & SALTZMAN, LLP

By: _____
Scott J. Tucker (BBO 503940)

Three School Street
Boston, MA 02108
Telephone: (617) 557-9696

Counsel for Plaintiffs Thomas K. Campbell et al.

SO ORDERED:
_____
J. TAURO, U.S.D.J.
1/15/09

## CERTIFICATE OF SERVICE

I, Vimisha K. Dubal, hereby certify that on January 14, 2009, a copy of the Stipulation of Dismissal with Prejudice and [proposed] Order, was filed electronically and served by United States mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                          /s/Vimisha Dubal  
                                                          VIMISHA K. DUBAL

James Reif (pro hac vice)  
817 Broadway, 6th Floor  
New York, New York 10003  
(212) 228-7727

Scott J. Tucker (BBO #503940)  
TUCKER, HEIFETZ, & SALTZMAN, LLP  
100 Franklin Street, Suite 801  
Boston, Massachusetts 02110

*Attorneys for Plaintiffs Thomas K. Campbell et al.*